# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2018

*The Court of Appeals hereby passes the following order:*

## A18E0045. GENYS v. GENYS

On May 2, 2018, Vykinta Genys timely moved this Court pursuant to Court of Appeals Rules 31 (i) and 40 (b) for an extension of time to file an application for discretionary appeal from an order denying a motion for new trial in a divorce proceeding. The application is due on May 5, but because of the court reporter's delay in preparing a transcript, the applicant has requested an additional 10 days to file the application and supporting documents. For good cause shown, and to prevent the appeal from becoming moot, the emergency motion is hereby GRANTED. The applicant shall have until May 15, 2018, to file the application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*